IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MARVIN ALEMAN ZEPEDA,<br><br>　　　　　Defendant. | 8:25CR145<br><br>INDICTMENT<br>18 U.S.C. § 111(a)(1) and (b) |

The Grand Jury charges that

## COUNT I

On or about June 10, 2025, in the District of Nebraska, the defendant, MARVIN ALEMAN ZEPEDA, did voluntarily and intentionally forcibly assault, resist, oppose, impede, intimidate, or interfere with an officer and employee of the United States, namely VICTIM 1, a Deputy United States Marshal, with a deadly or dangerous weapon, to wit: a box cutter, while VICTIM 1 was engaged in the performance of his official duties.

In violation of Title 18, United States Code, Section 111(a)(1) and (b).

A TRUE BILL.


FOREPERSON


The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.


KATHRYN A. PFLUG #27650
Assistant U.S. Attorney

1