IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br> v.<br><br>MARVIN ALEMAN ZEPEDA<br>     Defendant. | 8:25CR145<br><br>ORDER |

   This matter is before the Court on defendant's Unopposed Motion to Continue Trial (Filing No. 37). Counsel needs additional time to conduct plea negotiations and/or prepare for trial. The government has no objection. For good cause shown,

   IT IS ORDERED that the Unopposed Motion to Continue Trial (Filing No. 37) is granted as follows:

1. The jury trial now set for October 14, 2025, is continued to **December 15, 2025.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and December 15, 2025,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated the 1st day of October 2025.

                BY THE COURT:

                *Robert F. Rossiter, Jr.*

                Robert F. Rossiter, Jr.
                Chief United States District Judge