IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2025 DEC 16 PM 5:15
OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARVIN ALEMAN ZEPEDA,<br><br>Defendant. | 8:25CR145<br><br>VERDICT |

### COUNT I

We, the jury, find the defendant, Marvin Aleman Zepeda, __Guilty__
[guilty/not guilty]

of the crime of voluntarily and intentionally forcibly assaulting, resisting, opposing, impeding, intimidating or interfering with a federal officer with a deadly or dangerous weapon while engaged in his official duties, as charged in Count I of the Indictment.

__December 16, 2025__
Date

_____
Foreperson