IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>KYLE BIGBEAR,<br><br>                Defendant. | 8:14-CR-00362<br><br>NOTICE OF SUBSTITUTION<br>OF COUNSEL |

The United States hereby notifies the Court of the substitution of Patrick C. McGee, Assistant United States Attorney, as counsel for the United States in this matter, replacing Kathryn A. Pflug (who is no longer assigned to this case).

Please direct all future pleadings and correspondence to the undersigned.

UNITED STATES OF AMERICA, Plaintiff

LESLEY A. WOODS
United States Attorney
District of Nebraska

By:   s/ Patrick C. McGee
       PATRICK C. MCGEE, #25522
       Assistant U.S. Attorney
       1620 Dodge Street, Suite 1400
       Omaha, NE   68102-1506
       Tel:  (402) 661-3700
       Fax:  (402) 345-5724
       E-mail:  patrick.mcgee@usdoj.gov

CERTIFICATE OF SERVICE

     I hereby certify that on January 6, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants.

                                                   s/ Patrick C. McGee
                                                   Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>SAVILLE THOMAS,<br><br>                    Defendant. | 8:20-CR-00103<br><br>NOTICE OF SUBSTITUTION<br>OF COUNSEL |

      The United States hereby notifies the Court of the substitution of Patrick C. McGee, Assistant United States Attorney, as counsel for the United States in this matter, replacing Kathryn A. Pflug (who is no longer assigned to this case).

      Please direct all future pleadings and correspondence to the undersigned.

                              UNITED STATES OF AMERICA, Plaintiff

                              LESLEY A. WOODS
                              United States Attorney
                              District of Nebraska

                By:    s/ Patrick C. McGee
                         PATRICK C. MCGEE, #25522
                         Assistant U.S. Attorney
                         1620 Dodge Street, Suite 1400
                         Omaha, NE   68102-1506
                         Tel:  (402) 661-3700
                         Fax:  (402) 345-5724
                         E-mail:  patrick.mcgee@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on January 6, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants.

                              s/ Patrick C. McGee
                              Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>WAKINYAN FREEMONT,<br><br>                  Defendant. | 8:20-CR-00275<br><br>NOTICE OF SUBSTITUTION<br>OF COUNSEL |

The United States hereby notifies the Court of the substitution of Patrick C. McGee, Assistant United States Attorney, as counsel for the United States in this matter, replacing Kathryn A. Pflug (who is no longer assigned to this case).

Please direct all future pleadings and correspondence to the undersigned.

UNITED STATES OF AMERICA, Plaintiff

LESLEY A. WOODS
United States Attorney
District of Nebraska

By:   s/ Patrick C. McGee
       PATRICK C. MCGEE, #25522
       Assistant U.S. Attorney
       1620 Dodge Street, Suite 1400
       Omaha, NE   68102-1506
       Tel:   (402) 661-3700
       Fax:   (402) 345-5724
       E-mail:   patrick.mcgee@usdoj.gov

CERTIFICATE OF SERVICE

     I hereby certify that on January 6, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants.

                                                s/ Patrick C. McGee
                                                Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ANTHONY MASQUAT,<br><br>    Defendant. | 8:25-CR-00182<br><br>NOTICE OF SUBSTITUTION<br>OF COUNSEL |

  The United States hereby notifies the Court of the substitution of Patrick C. McGee, Assistant United States Attorney, as counsel for the United States in this matter, replacing Kathryn A. Pflug (who is no longer assigned to this case).

  Please direct all future pleadings and correspondence to the undersigned.

            UNITED STATES OF AMERICA, Plaintiff

            LESLEY A. WOODS
            United States Attorney
            District of Nebraska

      By: s/ Patrick C. McGee
         PATRICK C. MCGEE, #25522
         Assistant U.S. Attorney
         1620 Dodge Street, Suite 1400
         Omaha, NE 68102-1506
         Tel: (402) 661-3700
         Fax: (402) 345-5724
         E-mail: patrick.mcgee@usdoj.gov

CERTIFICATE OF SERVICE

  I hereby certify that on January 6, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants.

            s/ Patrick C. McGee
            Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>GUADALUPE CABRERA MEJIA,<br><br>                Defendant. | 8:25-CR-00144<br><br>NOTICE OF SUBSTITUTION<br>OF COUNSEL |

The United States hereby notifies the Court of the substitution of Patrick C. McGee, Assistant United States Attorney, as counsel for the United States in this matter, replacing Kathryn A. Pflug (who is no longer assigned to this case).

Please direct all future pleadings and correspondence to the undersigned.

                UNITED STATES OF AMERICA, Plaintiff

                LESLEY A. WOODS
                United States Attorney
                District of Nebraska


      By:    s/ Patrick C. McGee
                PATRICK C. MCGEE, #25522
                Assistant U.S. Attorney
                1620 Dodge Street, Suite 1400
                Omaha, NE   68102-1506
                Tel:  (402) 661-3700
                Fax:  (402) 345-5724
                E-mail:  patrick.mcgee@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on January 6, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants.

                s/ Patrick C. McGee
                Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>MARVIN ALEMAN ZEPEDA,<br><br>             Defendant. | 8:25-CR-00145<br><br>NOTICE OF SUBSTITUTION<br>OF COUNSEL |

The United States hereby notifies the Court of the substitution of Patrick C. McGee, Assistant United States Attorney, as counsel for the United States in this matter, replacing Kathryn A. Pflug (who is no longer assigned to this case).

Please direct all future pleadings and correspondence to the undersigned.

                                              UNITED STATES OF AMERICA, Plaintiff

                                              LESLEY A. WOODS
                                              United States Attorney
                                              District of Nebraska

                    By:    s/ Patrick C. McGee
                            PATRICK C. MCGEE, #25522
                            Assistant U.S. Attorney
                            1620 Dodge Street, Suite 1400
                            Omaha, NE   68102-1506
                            Tel:   (402) 661-3700
                            Fax:  (402) 345-5724
                            E-mail:   patrick.mcgee@usdoj.gov

CERTIFICATE OF SERVICE

     I hereby certify that on January 6, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants.

                                                s/ Patrick C. McGee
                                                Assistant U.S. Attorney